# Exhibit 9

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF NEW JERSEY
 3              Case No. 2:13cv06409-SRC-CLW
 4     ***********************************
 5     EXCELSIOR INSURANCE CO. a/s/a
 6     TEDDY and MARIA VASSILATOS,
 7                Plaintiff,
 8        v.
 9     RALPH A. FIORELLI, individually
10     and d/b/a CROSSROADS PLUMBING &
11     HEATING,
12                Defendant.
13     ***********************************
14
15             DEPOSITION OF RONALD PARSONS
16
17             Friday, October 17th, 2014
                      9:07 a.m.
18
19        Held At:
20             The Wright Group
               125 Rear Stanphyl Road
21             Uxbridge, Massachusetts
22
23     REPORTED BY:
24     Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   community.  And I --
 2        Q.    Meaning not accepted once it's exposed
 3   to a fire?
 4        A.    Once it's been involved in a fire.
 5   And it's not accepted in the fire investigation
 6   community whether there's a fire or not.
 7              What I did is -- it was interesting
 8   how they looked at the annealing.  I actually
 9   did some research because I wanted to be
10   intelligent when I spoke with you today, lord
11   forbid, right?  So what I did is I went
12   through 921, and I went from -- I looked at the
13   2008 version, the 2011 version, and the 2014.
14   And I read the electrical section, which is
15   Chapter 8 on '08 and '11, and Chapter 9 on '14,
16   and there is no mention whatsoever of annealing,
17   or analysis of annealing.  There is discussion
18   on grain size, and I accept that, and understand
19   it, and employ that.
20              I then went one step farther, and what
21   I did is I went through our reference library,
22   and I grabbed the journals and documents that
23   are generally accepted in our field.  And I'll
24   list them off so that you'll have them.
```

```
 1    "Introduction to Fire Dynamics," by Dougal
 2    Drysdale.  "Principles of Fire Behavior" by
 3    James Quintiere.  "Investigating the Fire
 4    Ground" by Calvin Phillips.  "The Investigation
 5    of Fires" by Charles Robble.  "NFPA Illustrated
 6    Dictionary of Electrical Terms" by Brook
 7    Stauffer.  "Kirk's Fire Investigation" by John
 8    Dehaan.  "Scientific Protocols for Fire
 9    Investigation" by John Lentini.  "Fire Test
10    Standards," this is by the American Society of
11    Testing Materials, ASTM.  And "The Ignition
12    Handbook" by Vytenis Babrauskas.  I went through
13    each and one of these books, which are
14    documents -- or books that we generally use in
15    our field, and not once was annealing ever
16    discussed, never mind applied as a principle for
17    determining high resistance and/or origin of a
18    fire.
19        Q.    Well, then, if he indicated to you
20    that annealing showed no signs of high
21    resistance, you would not accept that, because
22    this wire was exposed to a fire, is that right?
23        A.    He would have to explain that in
24    detail to me.  What I would expect Mr. Sabo to
```